# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jeffery Walfredo Perez Velasquez,

          Petitioner

v.

Todd Blanche, et al.,

          Respondents

Case No. 2:26-cv-00734-CDS-NJK

**Briefing Schedule**

[ECF Nos. 7, 9]

On April 16, 2026, petitioner Jeffrey Perez Velasquez filed a first amended petition challenging the lawfulness of his federal detention and asserting that his continued detention violates his due process rights. First am. pet., ECF No. 6. On May 4, 2026, Perez Velasquez requested that this court grant his petition for writ of habeas corpus because the respondents did not file a response to the amended petition. Notice, ECF No. 7. That same day, the respondents filed a response to the petitioner's notice, requesting that the court set a briefing schedule with a deadline for the respondents to file a response. Resp., ECF No. 9.

Because the petitioner's request is premature, I deny his request. However, I grant the respondents' request to order a briefing schedule. The respondents are ordered to file a response to Perez Velasquez's amended petition within fourteen days of this order. Should the petitioner choose to file a reply, such reply is due within five days of being served with the response.

IT IS HEREBY ORDERED that the United States Attorney's Office for the District of Nevada must file and serve their response to the amended petition by May 22, 2026, unless additional time is allowed for good cause shown. The petitioner will then have seven days to file a reply.

IT IS FURTHER ORDERED that the parties must meet and confer regarding any requests for an extension of deadlines and stipulate to the extension if possible. Any motion for extension must certify efforts taken to meet and confer and indicate the opposing party's position regarding the extension. Any motion or stipulation must comply with Federal Rule of Civil Procedure 6(b) and Local Rules IA 6-1, 6-2.

Dated: May 7, 2026

_____
Cristina D. Silva
United States District Judge

2