UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jeffrey Walfredo Perez Velasquez,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-00734-CDS-NJK

**Order Granting the Petitioner's Motion to Reopen and Enforce Judgment and Motion to Seal**

[ECF Nos. 15, 16]

On June 9, 2026, I granted in part Jeffrey Walfredo Perez Velasquez's petition for writ of habeas corpus. Order, ECF No. 13. That order required that the respondents give Perez Velasquez a bond hearing by July 6, 2026, amongst other requirements. *See id.* at 6. On August 25, 2026, Perez filed a motion to reopen his petition for writ of habeas corpus, and for a court order finding that his continued detention is unlawful because the federal respondents failed to provide him with a constitutionally sufficient bond hearing. Mot., ECF No. 15. In his motion, Velasquez Perez asserts that although he received a bond hearing on July 6, 2026, it was constitutionally deficient because critical components were not translated into Spanish for him, the immigration judge (IJ) improperly shifted the burden of proof for the custody redetermination upon him, and because the IJ placed undue weight on his criminal history. *See id.* The petitioner contends that release is the appropriate remedy. *Id.* at 8-9. Perez also filed a motion to seal Exhibit C to his motion to reopen because it contains personal identifying information. Mot. to seal, ECF No. 16.

Any response or opposition to the motions were due on September 8, 2026. *See* ECF Nos. 15, 16; *see also* Local Rule 7-2(b) (stating that the deadline to file points and authorities in

response to a motion is 14 days after service). To date, the federal respondents have not filed an opposition or otherwise responded, so Perez's motions are granted as unopposed.[1]

## Conclusion

IT IS ORDERED the Jeffrey Walfredo Perez Velasquez's motion to reopen and enforce the judgment **[ECF No. 15] is GRANTED as unopposed.** Perez Velaquez is ordered released from custody no later than Sunday, September 13, 2026 at 5:00 p.m.

IT IS FURTHER ORDERED that Perez Velasquez's motion to seal **[ECF No. 16] is GRANTED**.

IT IS FURTHER ORDERED that the parties must file a **joint status report** no later than September 15, 2026 at 5:00 p.m., advising the status of compliance with this order. The status report must also include the parties' position regarding whether this matter should remain open or can be closed.

Dated: September 11, 2026

_______________________________
Cristina D. Silva
United States District Judge

[1] The motion to seal is also granted because it meets the appropriate standard set forth in *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).